No. 96–6404. MATHEWS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 96–6406. KYRICOPOULOS *v.* ROLLINS ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–6418. SCHLICHER *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 96–6427. COOPER *v.* MALONE ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6430. LAWSON *v.* MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6431. LOWE *v.* DOE. C. A. 5th Cir. Certiorari denied.

No. 96–6435. CORTHRON *v.* RILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6436. ADAMS *v.* FLORIDA DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6439. BURGOS *v.* MICHIGAN. Recorder's Court, City of Detroit, Mich. Certiorari denied.

No. 96–6440. COCHRAN *v.* CITY OF NORTON, OHIO. C. A. 6th Cir. Certiorari denied.

No. 96–6441. CHESHIRE *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 96–6444. BRONSON *v.* WALKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6445. ADESANYA *v.* PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6446. COOPER *v.* TROPICANA PRODUCTS. C. A. 11th Cir. Certiorari denied.

No. 96–6452. LEE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–6453. MAY *v.* OREGON. Ct. App. Ore. Certiorari denied.